## FALK v. FANNIE MAE

[367 N.C. 487 (2014)]

MICHAEL A. FALK, As Trustee of the )
Trust Dated 10-26-1989 Having the )
Tax ID Number 65-6043718 (AKA The )
Charlotte Falk Irrevocable Trust) )
)
     v. .)
)
FANNIE MAE (AKA FEDERAL )
NATIONAL MORTGAGE )
ASSOCIATION); GLASSRATNER )
MANAGEMENT & REALTY )     GUILFORD COUNTY
ADVISORS, LLC; IDELL FLOURNEY; )
SONYA PETIT; LIBA MEIERE; )
SHAWNEQUA DODSON; ADOLFO ) .
ZARATE; TISHAUN WHITEHEAD; )
AND JOHN DOES #1 - #160, BEING )
THE UNIDENTIFIED LESSEES )
OF THE APARTMENT UNITS )
AT THE PROPERTY KNOWN )
AS RIDGEWOOD APARTMENTS )
_____ )
)
FANNIE MAE (AKA FEDERAL )
NATIONAL MORTGAGE )
ASSOCIATION), Third Party Plaintiff )
)
     v. )
)
MICHAEL A. FALK, As Trustee of the )
Trust Dated 10-26-1989 Having the Tax )
ID Number 65-6043718 (AKA The )
Charlotte Falk Irrevocable Trust) )
and QUICKSILVER, LLC, Third )
Party Defendants )

No. 197P13

## ORDER

    The Notice of Appeal filed by defendant and third-party plaintiff (Fannie Mae) and defendant (GlassRatner Management & Realty Advisors,

**FALK v. FANNIE MAE**

[367 N.C. 487 (2014)]

LLC) is RETAINED. Their Petition for Discretionary Review is ALLOWED. Plaintiff and third-party defendant's (Michael A. Falk) Motion to Dismiss Appeal is DENIED.

In addition, the parties are directed to address the applicability, if any, of N.C.G.S. § 45-37(b) (1991) and N.C.G.S. § 45-37(b) (2011) to this case.

By order of the Court in Conference, this the 10th day of April 2014.